**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-21466/1115035014

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: <br><br> Michael Allan Pepperling and Daciana Pepperling Debtors. | No. 4:08-bk-13417-EWH <br><br> Chapter 13 <br><br> ORDER |
| Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns. <br> Movant, <br> vs. <br> Michael Allan Pepperling and Daciana Pepperling, Debtors, Dianne C. Kerns, Trustee. <br><br> Respondents. | (Related to Docket #21) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

> Lot 76, of ACACIA CROSSINGS PARCEL 4, according to the Plat of record in the office of the County Recorder of Pinal County, Arizona, recorded in Cabinet D, Slide 108.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this 10th day of March, 2009.

JUDGE OF THE U.S. BANKRUPTCY COURT