Berkley Law Office
4700 S. Mill Ave., Ste 7
Tempe, AZ 80282
(480) 921-2993
Fax: (480) 820-2929
Martin J. Berkley, Bar # 20107
Attorney For Debtor(s)

## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Allan Pepperling,<br>Daciana Pepperling,<br><br>               Debtor(s). | Case No.: **4:08-bk-13417-EWH**<br><br>Chapter 13<br><br>**MOTION FOR ORDER REINSTATING CASE** |

      The Debtor(s), through Counsel, Martin J. Berkley, move for Reconsideration of the Order Of Dismissal entered in the above-captioned case, and state as follows:

      1. The Court entered its Order of Dismissal on August 12, 2009, for the failure to make Chapter 13Plan payments.

      2. The debtors made Plan payments in August and September, 2009 in the amount of $1,000.00 respectfully and cured the remaining delinquency by filing an Amended Plan with Moratorium. Further, the Amended Plan resolves the issues raised by the foreclosure sale of their residence resulting from the entry of the Order for Relief From Stay.

      3. All issues raised in the Trustee's Dismissal Order have been resolved. The Stipulated Order Confirming Plan has been forwarded for signatures from objecting creditors.

      WHEREFORE, the Debtor(s) pray that the Court enter its Order Reinstating Case, and for such other relief as may be deemed just and proper.

Dated: September 21, 2009

                                                                                 /s/ Martin J. Berkley
                                                                                 _____
                                                                                 Martin J. Berkley, Attorney for Debtor(s)

Copy faxed/e-mailed September 21, 2009 to:
Dianne Kerns, Chapter 13 Trustee,
craig.marsh@dcktrustee.com

                                                                               /s/ Martin J. Berkley